that neither plaintiff nor its employees were guilty of contributory negligence. Under the statute, only such negligence which amounts to a fraud is a defense. Kansas City Southern Railway v. Cecil, supra. The record falls far short of establishing such negligence, and we are not disposed to disturb the court's finding as to the absence of any contributory negligence.

It follows, therefore, that the judgment of the trial court must be affirmed, and it is so ordered.

and it appearing that the suit was brought to recover the benefits of a war ·risk insurance policy, and was tried by the court without the intervention of a jury, and that appellant neither requested special findings of fact nor presented to the court propositions of law upon the facts found, with a request for rulings thereon, and that therefore no question has been preserved for review.

It is now here ordered and adjudged that the judgment of the District Court be and the same is hereby affirmed.

### PIPPIN v. UNITED STATES.
### No. 6809.

Circuit Court of Appeals, Sixth Circuit.

Nov. 12, 1935.

### CONTINENTAL ILLINOIS NAT. BANK & TRUST CO. OF CHICAGO et al. v. CITY OF MIDDLESBORO, KY.
### No. 8030.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1940.

Rehearing Denied Feb. 16, 1940.

Lem L. Reece, of Elizabethton, Tenn., for appellant.

J. B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., E. F. Smith, Asst. U. S. Atty., of Morristown, Tenn., and W. G. Beardslee and Fendall Marbury, both of Washington, D. C., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

This cause was heard on the transcript of the record and was argued by counsel,